HAMITER, Justice
(concurring).
In view of the charges contained in the petition of specific acts of violence on the part of defendants causing substantial and irreparable injury to plaintiff’s property, which allegations must be deemed true and correct for the purpose of the present consideration, I agree that the district court was vested with jurisdiction ratione materiae and that the petition states a right and a cause of action, warranting a hearing on the rule for a preliminary writ of injunction.
However, I perceive of no good reason for questioning herein the validity of the provisions of the “Little Norris-LaGuardia Act”', LSA-R.S. 23:841-23:849, as is done in the majority opinion. Even under those provisions plaintiff is entitled to the desired preliminary , and permanent injunctions if and when it succeeds in proving, on a regular hearing of the merits of the cause, the mentioned charges of unlawful acts by defendants with resultant substantial and irreparable injury to its property.
I respectfully concur in the decree.